Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
12/16/2016 09:07 AM CST

NEBRASKA SUPREME COURT ADVANCE SHEETS
295 NEBRASKA REPORTS
AMORY v. CITY OF LINCOLN
Cite as 295 Neb. 323

DAWN AMORY, APPELLANT, V.
CITY OF LINCOLN, APPELLEE.
___ N.W.2d ___

Filed December 16, 2016.    No. S-15-846.

Appeal from the District Court for Lancaster County: ANDREW R. JACOBSEN, Judge. Affirmed.

Cameron E. Guenzel, of Johnson, Flodman, Guenzel & Widger, for appellant.

Jeffery R. Kirkpatrick, Lincoln City Attorney, and Jocelyn W. Golden for appellee.

HEAVICAN, C.J., WRIGHT, MILLER-LERMAN, CASSEL, KELCH, and FUNKE, JJ.

PER CURIAM.
The August 13, 2015, order of the district court for Lancaster County is affirmed by an equally divided court.

AFFIRMED.

STACY, J., not participating.